# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, HARLEYSVILLE WORCESTER INSURANCE COMPANY, AND HARLEYSVILLE PREFERRED INSURANCE COMPANY, | : : : : : | No. 527 MAL 2019 |
| | : | Petition for Allowance of Appeal |
| Petitioners | : : | from the Order of the Superior Court |
| | : : : : : | |
| v. | : : : : | |
| TONY DOMIANO AUTO DEALERSHIPS, INC., JILL SPARKS, ANNE TRAPPER, ANTHONY J. BROWN, RICHARD E. WALLACE, AND JOHN TANIS, ADMINISTRATOR OF THE ESTATE OF ELEANOR TANIS, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, AND DENNIS ROSS, JESSICA LEONARD, CLYDE BRZENSKI, ANNA GERHARD AND JOSEPH SKORETS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | : : : : : : : : : : : : : : : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.